7, 1911.) Action by Cornelius J. Lynch against the Richmond Light & Railroad Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR, J., dissents.

---

MacARTHUR, Appellant, v. MacARTHUR, Respondent. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Mary Ann MacArthur against James MacArthur. No opinion. Order affirmed, with $10 costs and disbursements.

---

McAULEY v. LYTTLE. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Michael J. McAuley against Samuel Lyttle. No opinion. Motion denied, with $10 costs. Order filed. See, also, 70 Misc. Rep. 223, 126 N. Y. Supp. 408.

---

McCABE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Felix McCabe against the New York Central & Hudson River Railroad Company.

PER CURIAM. We think that the question upon which this reargument was ordered does not affect the original result. Judgment reversed on reargument, and new trial granted; costs to abide the event. See, also, 139 App. Div. 698, 124 N. Y. Supp. 652; 127 N. Y. Supp. 1130.

HIRSCHBERG, J., dissents.

---

McCALDIN BROS. CO., Respondent, v. PAIN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by the McCaldin Bros. Company against the Pain Manufacturing Company.

PER CURIAM. Order modified, by imposing as a condition of the amendment that plaintiff pay all costs and disbursements to date of order, to be taxed, together with $10 costs of the motion, and, as modified, affirmed, with costs of this appeal to appellant.

---

McCARGO v. JERGENS et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Payton R. McCargo against Andrew Jergens and others. R. M. Lowes, for appellant. E. W. Tyler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 App. Div. 921, 120 N. Y. Supp. 1133.

---

McCARTNEY, Respondent, v. FARLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by William McCartney against Joseph Farley. No opinion. Judgment affirmed, with costs.

---

McCLUNE, Appellant, v. CITY OF ALBANY, Respondent. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Mary McClune against the City of Albany. No opinion. Interlocutory judgment affirmed, with costs, with leave to plaintiff to amend complaint upon payment of costs of the demurrer and of this appeal, upon the authority of Vaughan v. City of Troy, 139 App. Div. 924, 124 N. Y. Supp. 1133.

---

McINTOSH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Elizabeth McIntosh against the City of New York. H. Crone, for appellant. J. J. Welch, for respondent.

PER CURIAM. Judgment and orders affirmed, with costs. Order filed.

CLARKE and SCOTT, JJ., dissent.

---

McLAUGHLIN, Respondent, v. McLAUGHLIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Celia B. McLaughlin against Michael L. McLaughlin. No opinion. Appeal dismissed on argument, with $10 costs and disbursements.

---

McMAHON, Respondent, v. GLASS, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by David J. McMahon against James Glass, Jr. No opinion. Judgment of the County Court of Westchester county affirmed, with costs.

---

McMATH et al., Respondents, v. FORBES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Morrison H. McMath and another, as administrators, etc., against Stella R. Forbes and another.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to strike case from calendar granted.

McLENNAN, P. J., and WILLIAMS, J., dissent.

---

McNICHOLAS, Appellant, v. MEADE, Respondent. (Supreme Court, Appellate Division, First Department, March 24, 1911.) Action by Mary McNicholas against Thomas Meade. G. Robinson, for appellant. E. Rosenberg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re McNULTY et al. (Supreme Court, Appellate Division, First Department. April 13, 1911.) In the matter of John McNulty and others, infants, etc. No opinion. Order (68 Misc. Rep. 93, 123 N. Y. Supp. 1070) affirmed, with $10 costs and disbursements. Order filed.

---

MADDEN, Appellant, v. GASTON, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Charlotte F. Madden against George H. Gaston, as executor. J. M. Goodale, for appellant. G. J. Sproull, for respondent. No opinion